UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PAMELA A. MCGOWAN,
        Plaintiff,              Civil Action No.:
                                      06 Civ. 6162 (JSR)
    – against –

MERCK-MEDCO MANAGED CARE, LLC LONG    STIPULATION OF DISCONTINUANCE
TERM DISABILITY PLAN, MEDCO CONTAINMENT  WITH PREJUDICE
SERVICES, INC., as PLAN ADMINISTRATOR,
MEDCHOICE HEALTH CARE PLAN, HORIZON
HEALTHCARE SERVICES, INC. as CLAIMS
ADMINISTRATOR FOR THE MEDCHOICE HEALTH
CARE PLAN and THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
        Defendants.
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, on the merits and without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED that the fax signatures appearing below will be deemed to be originals and that the within Stipulation of Discontinuance with Prejudice may be filed without further notice with the Clerk of the Court.

Dated: May 31, 2007
Hauppauge, New York

DEHAAN BUSSE LLP                                       WILSON, ELSER, MOSKOWITZ,
                                                                    EDELMAN & DICKER LLP

By: _____                 By: _____
     Paul M. Kampfer (PK 9186)                    Michelle M. Arbitrio (MA 2137)
     Attorneys for Plaintiff                            Attorney for Defendant Prudential
     300 Rabro Drive                                        Insurance Co. Of America
     Suite 101                                               3 Gannett Drive
     Hauppauge, New York 11788               White Plains, New York 10604
     Telephone: (631) 582-1200                  Telephone: (914) 323-7000

SO ORDERED

_____
USDJ

9-30-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-1-07